

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,630-03

**EX PARTE ARTHUR EUGEAN HENDERSON, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W09-58128-L(C) IN THE CRIMINAL DISTRICT COURT NO. 5
### FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Applicant was convicted of capital murder and sentenced to life imprisonment.  The Fifth Court of Appeals affirmed his conviction. *Henderson v. State*, No. 05-11-01437-CR, (Tex. App.— Dallas  Nov. 5, 2012, no pet.)(op., not designated for publication).  Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims of newly discovered evidence, actual innocence, *Brady* violation, and ineffective assistance of counsel are without merit.  Therefore, we deny relief.

Applicant's remaining claims challenging his conviction on the grounds of prosecutorial misconduct, post-conviction fraud, and judicial bias are dismissed pursuant to TEX. CODE CRIM. PRO. Art. 11.07 §4.

Filed: January 13, 2021
Do not publish